UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER FARRELL**, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| v. | Civ. No.: 6:18-cv-6609-FPG |
| **GROSSMAN & KARASZEWSKI, PLLC**, a New York PLLC, and **JHPDE FINANCE I, LLC**, a Delaware LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JENNIFER FARRELL, through undersigned counsel, hereby gives notice that the above captioned action against Defendants, GROSSMAN & KARASZEWSKI, PLLC, and JHPDE FINANCE I, LLC, is voluntarily dismissed, with prejudice.

Dated: Rochester, New York.
October 10, 2018

Respectfully Submitted,

**DOUGLAS FIRM, P.C.**

/s/ Alexander J. Douglas

ALEXANDER J. DOUGLAS, Esq.
New York Bar No. 5343892
36 West Main St,. Ste 500
Rochester, NY  14614
Tel: (585) 568-2224
Fax: (585) 546-6185
alex@lawroc.com
Attorney for Plaintiff

SO ORDERED THIS 10 DAY OF Oct 20 18

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge